# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal Action No. 2:17-197** |
| | ) | |
| **v.** | ) | **Civil Action No. 2:22-1331** |
| | ) | |
| **RICHARD BOYLE** | ) | |

## ORDER

**AND NOW,** this 1st day of June, 2026, for the reasons set forth in the accompanying Opinion, **IT IS HEREBY ORDERED as follows:**

1.    Construing the Motion under Federal Rule of Civil Procedure 60(b)(2) and Rule 60(b)(3) – Newly Discovered Evidence / Fraud filed pro se by Defendant Richard Boyle (ECF No. 268) as a true Rule 60(b) motion, the motion is **DENIED** as it fails on the merits.

2.    Alternatively, construing the Rule 60(b) motion as a second or successive habeas petition, the motion is **DISMISSED** for lack of jurisdiction as an unauthorized second or successive petition for writ of habeas corpus.

3.    To the extent Boyle's motion is construed as a successive petition for habeas corpus relief under 28 U.S.C. § 2255, there is no basis to issue a certificate of appealability.

4.    The motion to amend, ECF No. 280, is **DENIED**.

**AND IT IS FURTHER ORDERED**, under Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, any party wishing to appeal must file a Notice of Appeal within 60 days.

BY THE COURT:

s/Mark R. Hornak
Mark R. Hornak
United States District Judge